IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                      Criminal No. 4:05CR40015-001

BOBBY RATLIFF
a/k/a ROBERT RAWLINGS,
    Defendants.

## ORDER OF FORFEITURE

On August 3, 2005, defendant, Bobby Ratliff, a/k/a Robert Rawlings, pled guilty to a One Count Indictment charging the defendant with theft of government monies, in violation of 18 U.S.C. § 641.

Beginning in or about January, 2000 and continuing through in or about May, 2005, in St. Petersburg, in the Middle District of Florida, Bobby Ratliff, a/k/a Robert Rawlings purposely concealed his income from the Social Security Administration when he applied for Social Security Income benefits in the alias of Rawlings. Based upon his fraudulent concealment of Social Security Administration benefits and his adoption of the alias "Robert Rawlings," Ratliff received approximately $39,795.00.

The property subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) includes, but is not limited to the following:

A sum of money equal to $31,896.00 in United States currency, which represents the amount of proceeds obtained as a result of the offense.

On June 30, 2005, this case was transferred to the Western District of Arkansas.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea, the factual basis presented to the Court, the agreement of the parties, and the reasons stated at bar, the Court finds that the personal property described as:

A sum of money equal to $31,896.00 in United States currency,

is hereby forfeited to the United States of America, and shall be disposed of according to law.

2. That pursuant to 28 U.S.C. § 2465, reasonable cause existed for the seizure of the defendant property.

IT IS SO ORDERED this ____ day of December, 2005.

HONORABLE HARRY F. BARNES
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
Claude S. Hawkins, Jr., Assistant United States
Attorney for Plaintiff, United States of America

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 0 9 2005

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

_____
John Stroud, III, Attorney for Defendant,